IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br>_____ /<br><br>This Order Relates To:<br>*See Appendix* | Case No. 23-md-03084-CRB<br><br>**ORDER GRANTING MOTIONS FOR LEAVE TO PROCEED ANONYMOUSLY** |

In the member cases listed in the appendix to this order, the plaintiffs move for leave to proceed anonymously. Defendants have filed no opposition to these requests. The Court finds that the plaintiffs' need to proceed anonymously outweighs the prejudice to the defendants and the public's interest in knowing the parties' identities. See Does I thru XXIII v. Advanced Textile Corp., 214 F.3d 1058, 1068 (9th Cir. 2000).

The motions listed in the table appended to this order are therefore granted.

**IT IS SO ORDERED.**

Dated: November 22, 2023

CHARLES R. BREYER
United States District Judge

# Appendix

| Member Case No. | Motion Dkt. No. |
|---|---|
| 23-cv-03951-CRB | 13 |
| 23-cv-04301-CRB | 5 |
| 23-cv-04308-CRB | 3 |
| 23-cv-04371-CRB | 8 |
| 23-cv-04372-CRB | 9 |
| 23-cv-04740-CRB | 3 |
| 23-cv-05567-CRB | 3 |
| 23-cv-05569-CRB | 3 |
| 23-cv-05572-CRB | 2 |
| 23-cv-05573-CRB | 2 |
| 23-cv-05575-CRB | 2 |
| 23-cv-05576-CRB | 2 |
| 23-cv-05577-CRB | 2 |
| 23-cv-04740-CRB | 3 |
| 23-cv-04744-CRB | 2 |
| 23-cv-04772-CRB | 7 |
| 23-cv-05111-CRB | 3 |
| 23-cv-05183-CRB | 9 |
| 23-cv-05187-CRB | 2 |
| 23-cv-05193-CRB | 2 |
| 23-cv-05196-CRB | 2 |
| 23-cv-05197-CRB | 2 |
| 23-cv-05219-CRB | 2 |
| 23-cv-05230-CRB | 2 |
| 23-cv-05232-CRB | 2 |
| 23-cv-05233-CRB | 2 |
| 23-cv-05236-CRB | 2 |
| 23-cv-05237-CRB | 2 |
| 23-cv-05264-CRB | 2 |
| 23-cv-05282-CRB | 3 |
| 23-cv-05286-CRB | 2 |
| 23-cv-05292-CRB | 2 |
| 23-cv-05293-CRB | 2 |
| 23-cv-05303-CRB | 3 |
| 23-cv-05319-CRB | 2 |
| 23-cv-05322-CRB | 2 |
| 23-cv-05324-CRB | 3 |
| 23-cv-05328-CRB | 2 |
| 23-cv-05346-CRB | 2 |

| Case | Count |
|---|---|
| 23-cv-05359-CRB | 2 |
| 23-cv-05362-CRB | 2 |
| 23-cv-05363-CRB | 2 |
| 23-cv-05368-CRB | 2 |
| 23-cv-05370-CRB | 2 |
| 23-cv-05371-CRB | 2 |
| 23-cv-05372-CRB | 2 |
| 23-cv-05377-CRB | 2 |
| 23-cv-05387-CRB | 2 |
| 23-cv-05401-CRB | 3 |
| 23-cv-05406-CRB | 2 |
| 23-cv-05409-CRB | 2 |
| 23-cv-05410-CRB | 2 |
| 23-cv-05412-CRB | 2 |
| 23-cv-05413-CRB | 2 |
| 23-cv-05414-CRB | 2 |
| 23-cv-05415-CRB | 2 |
| 23-cv-05416-CRB | 2 |
| 23-cv-05424-CRB | 2 |
| 23-cv-05427-CRB | 2 |
| 23-cv-05433-CRB | 2 |
| 23-cv-05442-CRB | 2 |
| 23-cv-05445-CRB | 2 |
| 23-cv-05503-CRB | 2 |
| 23-cv-05528-CRB | 2 |
| 23-cv-05547-CRB | 2 |
| 23-cv-05551-CRB | 2 |
| 23-cv-05611-CRB | 2 |
| 23-cv-05625-CRB | 2 |
| 23-cv-05649-CRB | 2 |
| 23-cv-05679-CRB | 2 |